## WORTHAM *v.* EQUITABLE MORTGAGE COMPANY.

LEWIS, J.  The Supreme Court will uphold a judgment dismissing a certiorari on the ground that the writ of certiorari had never been served upon the judge by whom the case was tried in the first instance, when the evidence upon the question of service was conflicting, and that introduced in support of the motion to dismiss warranted a finding that there had been no service of the writ at all.        *Judgment affirmed.  All the Justices concurring.*

Submitted November 13, — Decided December 10, 1901.

Certiorari.  Before Judge Harris.  Coweta superior court.  March term, 1901.

*J. C. Newman,* for plaintiff in error.  *W. C. Wright,* contra.

---

## CENTRAL OF GEORGIA RAILWAY COMPANY *v.* BERRY (two cases).

LEWIS, J.  1. It appears that the judge of the court below approved of the verdicts rendered, and did not consider them excessive.  There being, in the motions for new trial, no ground that the recoveries were excessive, the plaintiff in error will not be heard to complain here because the court allowed the plaintiffs below to voluntarily write off portions of the amounts recovered by them as damages, it being nowhere made to appear that the plaintiff in error was injured by such action.

2. No error of law seems to have been committed by the trial judge, and the evidence was sufficient to sustain the verdicts.
        *Judgment in each case affirmed.  All the Justices concurring.*

Argued November 13, — Decided December 10, 1901.

Action for damages.  Before Judge Candler.  Pike superior court.  January 26, 1901.

*Hall & Boynton, R. L. Berner, W. C. Beeks,* and *J. F. Redding,* for plaintiff in error.  *Robert T. Daniel* and *S. J. Hale,* contra.